UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-00624-JLS-KES                     Date:  February 13, 2019
Title:     Rose Clark v. Tidewater Finance Company et al.

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                        N/A
      Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY
                     PLAINTIFF HAS NOT INITIATED ARBITRATION**

On July 31, 2018, the Court stayed this action pursuant to the parties' stipulation
to proceed with Plaintiff's individual claims in arbitration.  (Order, Doc. 24.)  The Court
ordered the parties to file a status report within the earlier of six months or the completion
of arbitration.  (*Id.*)  On January 31, 2019, Defendant Prenovost, Normandin, Bergh &
Dawe, APC, filed a unilateral status report.  (Status Report, Doc. 27.)  Defendant reported
that since the Court's order, it "has received no arbitration demand from Plaintiff, nor any
communication from Plaintiff's counsel other than an August 23, 2018 email wherein
counsel for Plaintiff stated '[w]e anticipate initiating arb soon.'"  (*Id.*)

Accordingly, the Court hereby ORDERS Plaintiff to Show Cause in writing, no
later than **Friday, February 15, 2019**, why she has not initiated arbitration proceedings.
Failure to timely respond to this Order will result in the immediate dismissal of this
action.

                                        Initials of Preparer:  tg