# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CLARK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TIDEWATER FINANCE COMPANY; AND, PRENOVOST, NORMANDIN, BERGH & DAWE, A PROFESSIONAL CORPORATION,<br><br>Defendant. | **Case No.:** SACV 18-624 JLS (KESx)<br><br>**ORDER**<br><br>**HON. JOSEPHINE L. STATON** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 2/25/2019

_____
JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE